**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Jose E. Medina,

Civil No. 01-541 MJD/AJB

Plaintiff,

v.

**ORDER ON PLAINTIFF'S NOTICE OF LATE FILING FEE AND MOTION FOR EXTENSION**

United States Bureau of Prisons, et al.,

Defendant.

This matter is before the Court on plaintiff's notice that he has submitted a request to the institution, FMC–Rochester, for payment of a partial filing fee as required by the Court's Order dated April 6, 2001. The Court therein ordered plaintiff to pay an initial filing fee in the amount of not less that $9.00 and plaintiff was advised that the matter would be dismissed without prejudice if the partial fee was not paid within 20 days. By letters dated April 19, 2001, plaintiff advised the Court that he had requested institutional processing of the fee payment on April 16, 2001, [Docket Nos. 8 and 9], but was advised that issuance of a check could take up to 21 days. Plaintiff has not explicitly asked for additional time to submit his partial filing fee, and the full time in which the fee payment should have been received by the Court, commencing with the reported date of plaintiff's request to staff, has now passed.

**IT IS HEREBY ORDERED THAT** the plaintiff shall have until June 15, 2001, in which to submit his partial filing fee as required by previous Court Order. [Docket Nos. 8 and 9]. Failure to pay the partial filing fee of not less than $9.00 will result in a recommendation for dismissal without prejudice. Plaintiff is again advised that his complaint remains subject to the



MAY 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

initial screening process and possible summary dismissal based upon non-exhaustion. There will be no further extensions of time for submitting filing fees except upon proper showing of good cause for payment as herein ordered.

Dated: 5/21/01

Arthur J. Boylan
United States Magistrate Judge