UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE MEDINA,

Plaintiff,

v.

U.S. BUREAU OF PRISON, Mrs. C. REESE, S. GROTH, CATHY, and R. ALCOSER,

Defendants.

Civil No. 01-541 MJD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 6, 2001, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 4), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $141.00, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: Sept 5, 2001.

Michael J. Davis

Judge Michael J. Davis
U. S. District Court

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______