# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jose Medina

Plaintiff

v.

U.S. Bureau of Prison, Mrs. C. Reese, S. Groth, Cathy and R. Alcoser

Defendants

Case No. Civil 01-541 MJD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee, namely $141.00. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: September 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk